**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DAVID JOHN ROYHOUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-07-660-M |
| | ) |
| BILL MILLER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On July 17, 2007, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation Concerning Class Certification in this action. The Magistrate Judge recommended that plaintiff's motion for class certification be denied. Plaintiff was advised of his right to object to the report and recommendation by August 6, 2007. On July 24, 2007, plaintiff filed a "Right to Objection," in which he states that upon review of the report and recommendation, he is in agreement with the Magistrate Judge's determination.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation Concerning Class Certification issued by the Magistrate Judge on July 17, 2007, and

(2) DENIES plaintiff's Motion to Permit Maintenance of a Class Action [docket no. 23].

**IT IS SO ORDERED this 30th day of July, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE