# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID JOHN ROYHOUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-07-660-M |
| | ) |
| BILL MILLER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On April 21, 2008, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended the denial of plaintiff's motion for voluntary dismissal. The parties were advised of their right to object to the Report and Recommendation by May 12, 2008. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)   ADOPTS the Report and Recommendation issued by the Magistrate Judge on April 21, 2008, and

(2)   DENIES plaintiff's Motion to Dismiss without Prejudice [docket no. 84].

Additionally, because plaintiff filed his motion to dismiss in lieu of filing any objections to the Report and Recommendation issued on February 22, 2008, the Court *sua sponte* grants plaintiff

an extension of time to file his objections to the February 22, 2008 Report and Recommendation. Plaintiff shall file his objections on or before June 17, 2008.

    **IT IS SO ORDERED this 27th day of May, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE