**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DAVID JOHN ROYHOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-07-660-M |
| | ) | |
| BILL MILLER, CAROL CANON, and | ) | |
| RICHARD LIVELY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On February 22, 2008, United States Magistrate Judge Robert E. Bacharach issued a Report

and Recommendation in this action brought pursuant to 42 U.S.C. § 1983.  The Magistrate Judge

recommended that defendants' motion for summary judgment be granted and that plaintiff's motion

for summary judgment, accordingly, be found moot.  Plaintiff was ultimately given until June 17,

2008 to file any objections to the Report and Recommendation.  A review of the file reveals no

objection has been filed.

Accordingly, upon <u>de novo</u> review, the Court:

(1)    ADOPTS the Report and Recommendation issued by the Magistrate Judge on
       February 22, 2008;
(2)    GRANTS defendants' Motion for Summary Judgment [docket no. 63];
(3)    FINDS plaintiff's Motion for Summary Judgment [docket no. 68] is now MOOT;
       and
(4)    ORDERS that judgment issue forthwith in favor of defendants and against plaintiff.

**IT IS SO ORDERED this 30th day of June, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE